Glen GARRETT, Appellant,

v.

UMB BANK, N.A., Respondent.

No. ED 86065.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 22, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 9, 2006.

Application for Transfer Denied
Feb. 28, 2006.

Charles B. Cowherd, Springfield, MO, JoAnn T. Sandifer, St. Louis, MO, for appellant.

James J. Virtel, Ann E. Buckley, St. Louis, MO, for respondent.

Before NANNETTE A. BAKER, P.J. and ROBERT G. DOWD, JR. and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Glen Garrett ("Garrett") appeals from the trial court's grant of summary judgment in favor of UMB Bank, N.A. f/k/a UMB Bank of Monett ("UMB") on Garrett's claims for slander and malicious prosecution.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their

information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).